IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IBRAHIMA BOUSSO, | : | |
| | : | Case No. 2:18-CV-256 |
| Petitioner, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Jolson |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's April 19, 2018, Report and Recommendation (ECF No. 9), which recommended that the Respondents' Motion to Dismiss for Lack of Jurisdiction (ECF No. 8) be **GRANTED** and that the action be **DISMISSED**.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 9 at 4). The parties have failed to file any objections, and the deadline for objections (May 3, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The action is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                       s/ Algenon L. Marbley
                                       **ALGENON L. MARBLEY**
                                       **UNITED STATES DISTRICT JUDGE**

**DATED:** June 11, 2018